Case 1:21-cv-02462-LDH-RER   Document 15   Filed 11/10/21   Page 1 of 1 PageID #: 45

Clerk's Office
File Date: 11/10/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE

EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

WHOOP, INC.,

    Defendant.

1:21-cv-02462

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brian Fischler ("Plaintiff") and Whoop, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: October 11, 2021

LIPSKY LOWE LLP

By: _____
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, NY 10017-6705
Tel: (212) 392-4772
Email: doug@lipskylowe.com

*Attorney for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorney for Defendant*

**SO ORDERED:**

Dated: November 10, 2021

s/ LaShann DeArcy Hall
_____
United States District Judge